


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br></br> Mario IGNACIO-Mendez, </br></br> Defendant. | Magistrate Docket No. 25-mj-03195 </br></br> COMPLAINT FOR VIOLATION OF: </br> Title 8, U.S.C. § 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

On or about June 7, 2025, within the Southern District of California, defendant, Mario IGNACIO-Mendez, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 9, 2025.

_____
HON. BARBARA L. MAJOR
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Mario IGNACIO-Mendez

## PROBABLE CAUSE STATEMENT
I declare under the penalty of perjury that the following statement is true and correct:

On June 7, 2025, Border Patrol Agent J. Zamudio was conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 3:00 AM, three subjects were observed running westbound in an area known to Border Patrol Agents as "Alpha Gate." Agent Zamudio responded to the area and encountered one individual, later identified as the defendant, Mario IGNACIO-Mendez. Agent Zamudio identified himself as a Border Patrol Agent and conducted an immigration inspection. IGNACIO stated that he is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. At approximately 3:10 AM, Agent Zamudio placed IGNACIO under arrest. This area is located approximately 300 yards west from the San Ysidro, California, Port of Entry and approximately 20 yards north of the United States-Mexico International Boundary.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on June 7, 2025 with an intended destination of San Diego, CA.

Routine record checks of the defendant revealed an immigration history. A comparison of the defendant's immigration record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 24, 2016 through San Ysidro, CA.

**CONTINUATION OF COMPLAINT:**
Mario IGNACIO-Mendez

These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on June 7, 2025 at 11:00 AM.**

*Chelsea Davis*
Chelsea L. Davis
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 7, 2025, in violation of 8 USC 1326.

*Barbara L Major*
HON. BARBARA L. MAJOR
United States Magistrate Judge

11:47 AM, Jun 7, 2025
Date/Time